**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Beth A. Buchanan
United States Bankruptcy Judge

**Dated: August 27, 2012**

_____

```
              UNITED STATES BANKRUPTCY COURT
                 SOUTHERN DISTRICT OF OHIO
                     WESTERN DIVISION

   IN RE:                          :    CASE NO. 11-12431
                                        CHAPTER 13

                                   :    JUDGE BETH A. BUCHANAN
       Jerome Phillips
       Mary Bennett Phillips

       DEBTOR(S)
                                   :    AGREED ORDER TO MODIFY PLAN
```

The Chapter 13 Trustee, Margaret A. Burks, and debtor(s) Counsel, Robert A. Goering, Esq., agree to modify this plan by increasing the percentage to unsecured creditors to 35%.

The case is modified so that the case meets the applicable commitment period of 60 months of funding under 11 U.S.C. Sec. 1325(b)(1)&(b)(4); In re Baud, 634 F.3d 327 (6th Cir. 2011).

SO ORDERED.

AGREED BY:


/s/ Margaret A. Burks
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney Reg. No. OH 0030377

Francis J. Dicesare, Esq.
Staff Attorney
Attorney Reg. No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney Reg. No.  OH 0066193

600 Vine Street
Suite 2200
Cincinnati, OH  45202
513 621-4488
513 621-2643 Facsimile

/s/Robert A Goering   *per email authorization on 8/20/12*
Robert A Goering, Esq.
Debtor(s)' Counsel
220 West Third Street
Cincinnati, Ohio 45202
513 621-0912

Copies to: All Creditors and Parties in Interest


# # #